

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00457-CV

Juanita **VALADEZ** and Melissa Miller,
Appellants

v.

## STOCKDALE TX SNF MANAGEMENT, LLC
d/b/a Stockdale Residence and Rehabilitation Center
and d/b/a Stockdale TX SNF Realty, LLC,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 16-02-0102-CVW
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellants, Juanita Valadez and Melissa Miller, recover their costs of this appeal from appellee, Stockdale TX SNF Management, LLC d/b/a Stockdale Residence and Rehabilitation Center and d/b/a Stockdale TX SNF Realty, LLC.

SIGNED April 4, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice